UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT EMERSON, | No. 2:14-cv-0972 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| F. FOULK, et al., | |
| Defendants. | |

On August 20, 2015, the Magistrate Judge issued an order denying Plaintiff's motion for appointment of counsel. On October 20, 2015, Plaintiff constructively filed a request for reconsideration of that order. Local Rule 303(b) states "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen (14) days . . . from the date of service of the ruling on the parties." Plaintiff's request for reconsideration of the magistrate judge's order of August 20, 2015 is therefore untimely.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for reconsideration (ECF No. 39) is denied.

Dated:  December 4, 2015

Troy L. Nunley
United States District Judge

1